# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| DANIEL SMITH, RICHARD COHEN, WAYMON BLEVINS, VICKIE LYNN BLEVINS, DANA JONES, individually and on behalf of her minor child A.J., ANN LOVELL, and MATTHEW HAMMOND, on behalf of his minor child R.H., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SPECIALTY NETWORKS, LLC and PRIME IMAGINING, LLC<br><br>Defendants. | Case No. 1:24-cv-00286-CLC-CHS<br><br>Judge Curtis L. Collier |

## PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF THE CLASS SETTLEMENT AND FOR PLAINTIFFS' ATTORNEYS' FEES AND SERVICE AWARDS

Plaintiffs Daniel Smith, Richard Cohen, Waymon Blevins, Vickie Lynn Blevins, Dana Jones, individually and on behalf of her minor child A.J., Ann Lovell, and Matthew Hammond, on behalf of his minor child R.H. (collectively "Plaintiffs"), on behalf of the Settlement Class, respectfully submit this memorandum in support of their motion for final approval of the Class Settlement Agreement and for an award of their reasonable attorneys' fees and expenses and their Service Awards. Defendants Specialty Networks, LLC ("Specialty Networks") and Prime Imaging, LLC ("Prime Imaging") (collectively, "Defendants") have reviewed this motion and do not oppose the relief requested herein.

Specifically, Plaintiffs respectfully request that the Court enter an order (1) affirming the Court's appointment of Class Counsel and Class Representatives, (2) affirming its conditional certification of the proposed Class for the purposes of settlement only, (3) finally approving the Settlement as fair, reasonable, and adequate, (4) award Plaintiffs' their Service Awards, and (5)

1

award Class Counsel's fee and expense request of one-third of the Settlement. In support, Plaintiffs include the contemporaneously filed memorandum of points of authorities, the Declaration of J. Gerard Stranch, IV, attached hereto as Exhibit A, and the Declaration of Frank Ballard of Kroll Settlement Administration, attached hereto as Exhibit B.

Dated: September 29, 2025                    Respectfully submitted by,

                                             /s/  *J. Gerard Stranch, IV*
                                             J. Gerard Stranch, IV (BPR # 23045)
                                             Grayson Wells (BPR # 039658)
                                             **STRANCH, JENNINGS & GARVEY, PLLC**
                                             The Freedom Center
                                             223 Rosa L. Parks Avenue, Suite 200
                                             Nashville, TN 37203
                                             Tel: (615) 254-8801
                                             gstranch@stranchlaw.com
                                             gwells@stranchlaw.com

                                             *Attorneys for Plaintiffs and the Putative Class*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was electronically filed on September 29, 2025, using the Court's Electronic Filing System, which will send a Notice of Electronic Filing to counsel in the CM/ECF system.

Jordan O'Donnell (admitted *pro hac vice*)
**MULLEN COUGHLIN LLC**
426 W. Lancaster Avenue, Suite 200
Devon, PA 19333
Tel: (267) 930-4106
jsodonnell@mullen.law

Rocklan William King
**ADAMS AND REESE LLP**
1600 West End Ave., Suite 1400
Nashville, TN 37203
Tel: (615) 259-1041
rocky.king@arlaw.com

***Counsel for Defendants Specialty Networks, LLC and Prime Imaging, LLC***

*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV (BPR # 23045)